No. 02–1343. ENGINE MANUFACTURERS ASSN. ET AL. *v.* SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT ET AL.

C. A. 9th Cir. [Certiorari granted, 539 U. S. 914.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.